# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>VESTOLIT GMBH<br><br>and<br><br>CELANESE EUROPE B.V.,<br><br>*Applicants*,<br><br>To Obtain Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Misc. Action No. _____ |

## *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO OBTAIN DISCOVERY UNDER 28 U.S.C. § 1782 FOR USE IN A FOREIGN PROCEEDING

Vestolit GmbH ("Vestolit") and Celanese Europe B.V. ("Celanese") respectfully request this Court to enter the proposed order attached herewith granting Vestolit and Celanese leave to obtain limited discovery pursuant to 28 U.S.C. § 1782 in connection with ongoing foreign proceedings pending in the Netherlands. In support of this Application, Vestolit and Celanese submit the accompanying Memorandum of Law, as well as the Declarations of H.M. Cornelissen and J. Mark Gidley ("Gidley Declaration") and respective exhibits attached thereto.

Vestolit and Celanese seek this Court's authorization to serve targeted document and deposition subpoenas (attached in proposed form to the Gidley Declaration as Exhibits 1-3) from respondent Shell Chemical LP ("Shell Chemical"), an affiliate of the plaintiff in the Dutch proceeding, Shell Chemicals Europe B.V. ("SCE"), and a real party in interest in the foreign proceeding.

For the reasons set forth in the accompanying Memorandum of Law and supporting

declarations and exhibits, this Application meets the statutory requirements of § 1782 and should be granted.

*First*, Shell Chemical is incorporated in Delaware and therefore is "found" in this District for purposes of § 1782. *Second*, the discovery sought is for use in an ongoing foreign proceeding. *Third*, Vestolit and Celanese—named defendants in the Dutch proceeding—are "interested persons" for § 1782 purposes. The four discretionary factors set forth by the U.S. Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), also counsel heavily in favor of granting Vestolit and Celanese's requested relief: (1) Shell Chemical is incorporated in Delaware and is not a formal party to the Dutch proceedings; (2) the Dutch court likely will be receptive to discovery obtained through § 1782; (3) Vestolit and Celanese are not using this Application to circumvent any proof-gathering restrictions or policies under Dutch law; and (4) the narrowly-tailored discovery Vestolit and Celanese seek is not unduly burdensome or intrusive.

## CONCLUSION

For the foregoing reasons, Vestolit and Celanese respectfully request that the Court expeditiously grant their *ex parte* Application for an Order under 28 U.S.C. § 1782 to obtain discovery from Shell Chemical, and grant them leave to serve on Shell Chemical the subpoenas attached as Exhibits 1-3 to the Gidley Declaration.

|  |  |
|---|---|
|  | Respectfully submitted |
|  |  |
|  | HEYMAN ENERIO |
| *Of Counsel:* | GATTUSO & HIRZEL LLP |
|  |  |
| **WHITE & CASE** |  |
| J. Mark Gidley | /s/ Samuel T. Hirzel, II |
| J. Frank Hogue | Samuel T. Hirzel, II (# 4415) |
| Jaclyn Phillips | Elizabeth A. DeFelice (# 5474) |
| Alec Albright | 300 Delaware Avenue, Suite 200 |
|  | Wilmington, DE 19801 |
| 701 13th Street N.W. | (302) 472-7300 |
| Washington, D.C. 20005 | shirzel@hegh.law |
| (202) 626-3600 | edefelice@hegh.law |
| (202) 639-9355 | *Counsel for Applicants Vestolit GmbH and* |
| mgidley@whitecase.com | *Celanese Europe B.V.* |
| fhogue@whitecase.com |  |
| jaclyn.phillips@whitecase.com |  |
| alec.alrbight@whitecase.com |  |

*Of Counsel for Applicant Vestolit GmbH*

*Of Counsel:*

WACHTEL, LIPTON, ROSEN & KATZ
Graham W. Meli
51 West 52 Street
New York, NY 10019
(212) 403-1390
(212) 403-2390
gwmeli@wlrk.com

*Of counsel for Applicant Celanese Europe*

Dated:  December 20, 2024

3