UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Application of<br><br>VESTOLIT GMBH<br><br>and<br><br>CELANESE EUROPE B.V.,<br><br>*Applicants*,<br><br>To Obtain Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Misc. Action No. _____ |

**[PROPOSED] ORDER**

This matter comes before the Court on the *Ex Parte* Application of Vestolit GmbH ("Vestolit") and Celanese Europe B.V. ("Celanese") for an Order to Obtain Discovery under 28 U.S.C. § 1782 from Shell Chemical LP for use in a foreign proceeding. Having fully considered Vestolit and Celanese's submission and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The *Ex Parte* Application is GRANTED;

2. Vestolit and Celanese are granted leave to serve the subpoenas seeking the production of documents and depositions in the forms attached to the Declaration of J. Mark Gidley as Exhibits 1-3.

3. Shell Chemical LP shall produce the requested documents and testimony within thirty days of service of the subpoenas, or such other dates as agreed between the Parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware.

4. Until further Order by this Court, Shell Chemical LP shall preserve all documents, electronic or otherwise, and any evidence in its possession, custody, or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in Vestolit and Celanese's Application.

SO ORDERED

Signed this_____day of_____, 2024

_____
United States District Court Judge